**NOT FOR PUBLICATION**

```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| NINA MORRA, | CIVIL ACTION NO. 11-59 (MLC) |
| Plaintiff, | **O P I N I O N** |
| v. |  |
| BANK OF AMERICA, et al., |  |
| Defendants. |  |

**THE CLERK OF THE COURT** has entered default in favor of the plaintiff and against the defendant McCaffrey Properties ("MCP"). (See unnumbered dkt. entry following dkt. entry no. 10.) In addition, the Court has entered judgment by default on the issue of liability in favor of the plaintiff and against MCP. (See dkt. entry no. 17, 12-16-11 Order.) The plaintiff's claims against the other defendants have been resolved. (See dkt. entry no. 19, 1-5-12 Order.)

**THE PLAINTIFF** now moves pursuant to Federal Rule of Civil Procedure ("Rule") 55(b)(2) for entry of judgment by default on the issue of damages in her favor and against MCP. (See dkt. entry no. 20, Notice of Mot.) The plaintiff has submitted proof of her damages in support of the motion. (See dkt. entry no. 20, Pl. Affidavit of Proof.)

**MCP** has not opposed the motion, even though the return date was more than two weeks ago. The motion will be granted. The

Court notes that MCP has an avenue available to it to contest the entry of judgment against it, if appropriate.  <u>See</u> Fed.R.Civ.P. 55(c) (stating court "may set aside a default judgment under Rule 60(b)"); <u>see also</u> Fed.R.Civ.P. 60(b) (setting forth grounds for relief from final judgment).  For good cause appearing, the Court will issue an appropriate order and judgment.

                                              s/ Mary L. Cooper  
                                            **MARY L. COOPER**  
                                            United States District Judge

Dated:  March 9, 2012